# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGUEL ANGEL FERNANDEZ CRESPO,<br><br>　　　　　　　　　Petitioner,<br>　vs.<br><br>ROBIN BAKER, Field Office Director, San Diego District, United States Bureau of Immigration and Customs Enforcement (ICE); JOHN MORTON, Assistant Secretary, ICE; JANET NAPOLITANO, Secretary, Department of Homeland Security; ERIC HOLDER, United States Attorney General; and KENNETH SMITH, Assistant Field Office Director, San Diego District, ICE,<br><br>　　　　　　　　　Respondents. | CASE NO. 11-cv-3019–IEG (WMC)<br><br>ORDER GRANTING IN PART APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE<br><br>[Doc. No. 3]. |

　　　Presently before the Court is Petitioner Miguel Angel Fernandez Crespo's petition for writ of habeas corpus under 28 U.S.C. § 2241, [Doc. No. 1], and his application for issuance of an order to show cause pursuant to 28 U.S.C. § 2243, [Doc. No. 3].

　　　Petitioner, pointing to the text of 28 U.S.C. § 2243, seeks an order directing Respondents to file a return within three days of this order and a hearing within five days of Respondents' filing of the return. However, the district court may apply the Federal Rules Governing Section 2254 Cases (the "Habeas Rules") to proceedings brought under § 2241. *See* Habeas Rule 1(b). Pursuant to Habeas Rule 4, unless the petition is summarily dismissed, the Court must "order the respondent to

1  file an answer, motion, or other response within a fixed time." Habeas Rule 4. The Court has
2  considerable discretion in setting appropriate deadlines in habeas proceedings. *See Clutchette v.*
3  *Rushen*, 770 F.2d 1469, 1474 (9th Cir. 1985).

4  Accordingly, Petitioner's application for issuance of an order to show cause is **GRANTED**
5  **IN PART**.  [Doc. No. 3.]  The Court **ORDERS** Respondents to show cause why the petition
6  should not be granted. Respondents shall file and personally serve their return **within 28 days** of
7  the filing of this order. Petitioner may file a traverse **no later than 14 days** following the filing of
8  Respondents' return. Unless the Court orders otherwise, the matter will be taken under submission
9  and decided without oral argument pursuant to Civil Local Rule 7.1(d)(1).

10  **IT IS SO ORDERED.**
11  **Date:   December 29, 2011**

12  **IRMA E. GONZALEZ, Chief Judge**
    **United States District Court**